WILLIAM BEERS CROWELL, Respondent, *v.* ELIZABETH WHITE WYLDE, Also Known as LUCILLE FLAVEN WYLDE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion.

Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Martin, J., dissents and votes for affirmance.